AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Karla Adams | ) Case No: 1:23-mj-248 |
| | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Date Assigned: 9/8/2023 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Karla Adams
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/08/2023

Zia M. Faruqui
2023.09.08 13:35:06
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.  Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/8/2023, and the person was arrested on *(date)* 9/18/2023
at *(city and state)* Grand Rapids, MI

Date: 9/18/2023

*Arresting officer's signature*

S/A Jorge Diaz
*Printed name and title*